# LAW OFFICES OF PATRICK A. MULLIN

400 KELBY STREET, SUITE 1700 • FORT LEE, NEW JERSEY 07024-2943

WWW.TAXDEFENSE.COM        T 201-242-9600        MULLIN@TAXDEFENSE.COM

March 17, 2017

The Honorable Dora L. Irizarry
Chief United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

               Re:      *United States v. Erdal Kuyumcu;*
                           *Docket No. 16-CR-308 (DLI)*

Dear Chief Judge Irizarry:

      I write to your Honor on behalf of both the government and defense to request a one-month adjournment from the scheduled April 5, 2017 Fatico sentencing hearing in the above-referenced matter. From the defense standpoint, we recently received voluminous materials and are in the process of evaluating them in advance of the hearing. From the government standpoint, an adjournment is needed due to the unavailability of a government witness for the April 5, 2017 hearing and who is scheduled to be on official government travel for most of April.

      Both parties and their witnesses shall be available to proceed from May 1, 2017 through May 10, 2017.

      Thank you for every consideration of our mutual request.

                                    Respectfully Submitted,

                                    Patrick A. Mullin, Esq.

PAM/dak
<u>Via ECF.</u>
cc:     AUSA Tiana Demas
        AUSA Ameet Kabrawala
        Mr. Erdal Kuyumcu

45 ROCKEFELLER PLAZA
SUITE 2000
NEW YORK, NEW YORK 10111
T 212-639-1600

2200 PENNSYLVANIA AVENUE N.W.
SUITE 400 EAST TOWER
WASHINGTON, D.C. 20037
T 202-688-1500