**UNCLASSIFIED**

| | | |
|---|---|---|
| **REPUBLIC OF TURKEY CUSTOMS DECLARATION** Serial: GA **0644372** | **1 DECLARATION** | **A** SHIPMENT/EXPORT CUSTOMS OFFICE |

**3 Exporter copy**

| 2 Sender / Exporter   No | | |
|---|---|---|
| 3370111781 ERA METALLURGY INDUSTRY AND TRADE LIMITED COMPANY AKTEPE SAN. SIT. KINALIKAR SOK. ORTA MAH. N: 19 ORHANLI-TUZLA/ISTANBUL | **3 Forms** EX   1 | **4 Loading lists** |
| | | ERENKOY CUSTOMS OFFICE |
| | **5 No of Items** 1   1 | **6 No of containers** 0 | **7 Reference no** 13341200EX173661 07/11/2013 |
| 8 Recipient   No DANA INDUSTRY CO PO BOX 14335-156 TEHRAN IRAN | **9 Certified Public Accountant/Public Accountant** No 12 7711 7093 2835 6420   1   1 SEVINC 3370111781 |
| | **10 Destination country** | **11 Trading country** | **13 A.P.** |
| 14 Declarant / Representative   No 13-01290   1280283023 BAFA CUSTOMS CONSULTANCY LIMITED COMPANY KUCUK BAKKALKOY MAH. SUMER SOK. No: 7 DAIRE: 7 ATASEHIR | **15 Exit/export country [Address in 2 duplicated]** | **15 Exit country code** a   b | **17 Destin. country code** a   b |
| | **16 Country of origin** TURKEY | **17 Destination country** |
| 18 ID and registered country code of the transporting vehicle in motion ISTANBUL | **19 Ctr.** | **20 Type of delivery** [Stamped and signed:] Can Okan TURAN 16419 | 052   616 IRAN (ISLAMIC REPUBLIC) |
| 21 ID and registered country code of the transporting vehicle that will cross the border TRUCK   616   0 | **22 Currency and total invoice amount** EXW   ISTANBUL | **23 Currency exchange** | **24 Nature** of transaction |
| 25 Mode of transport at the border | 26 Mode of domestic transport | 27 Place of loading | **28 Financial and banking data** 616 EUR   11,362.00   2.4970   11 GARANTI BANK-TUZLA ORGANIZED INDUSTRIAL ZONE BRANCH IN CASH |
| 29 Exit customs office TRUCK | 30 Location of the goods | |

**3**

| 31 Description of the containers and the goods | The brand and the number of the containers – container no(s) – number and type of goods | | 32 Item No | 33 Goods code |
|---|---|---|---|---|
| | 30   ERENKOY CUSTOMS OFFICE GURBULAK CUSTOMS OFFICE   ERENKOY | | | |
| | | | **34 Country of origin code** a   b | **35 Gross weight (kg)** |
| | 1 CONTAINER 149.5 KG Brand: ADDR - Number: - Commercial Description: COBALT SALT 1-Non-Proprietary-ERA-23,299.33 TL | 1 | **37 R E G İ M E** 81052000 | **38 Net weight (kg)** 00   11 | **39 Quota** |
| | | | **40 Manifest** 004   175.00 | |
| | | | **41 Supplementary measurements** 1040 | 149.50 |
| 44 Addit. Info. / provided documents / prior consents | KARTAL 20th NOTARY 11.11.2011/03575   EXPORT OF IMPORTED GOODS. * GERMAN IN ORIGIN** IT IS PARTIAL**   There is an Invoice  07/09/2013 / 0081918 | | 149.50 KG | A.I. Code   11,362.00 |
| | | | | **46 Statistical value** |
| 47 Calculation of the taxes | Type | Tax base | Rate | Amount | PT | 48 Payment postponement | **49 Entrepot type and code** 14,560.27 |
| | | | | | | **B** ACCOUNT DETAILS | |
| | Total: | | | | Signature: | **C** TRANSIT CUSTOMS ADMINISTRATION | |
| 50 Primarily liable person   No | | | | | | | |
| 51 Anticipated transit admins. (and country) | Representative Place and date: | | | | | | |
| 52 Guarantee invalid | | | | | | Code | 53 Destination customs administration (and country) |
| **D** TRANSIT CUSTOMS ADMINISTRATION CONTROL Result: Attached seals: Number of: Identity: Duration limit (date): Signature: | | | Seal: | | | 54 Place and date Signature and name of the declarant / representative: ISTANBUL   07/11/2013 MESUT ERCAN  34 / M / 1125 | |

KUYUMCU 000352

TCGB -1   Document No:   19   S.S.O. Printing Process Department

**UNCLASSIFIED**

**UNCLASSIFIED**

**UNCLASSIFIED**