Phone: 347-824-4916
Fax: 888-676-3656
Email: info@unitedspecialsteel.com
www.unitedspecialsteel.com

This message, including any attachments, contains confidential information intended only for use
by the intended recipient. Any unauthorized use, disclosure, distribution, dissemination or copying
of this message or information contained herein is strictly prohibited. If you are not the intended
recipient or received this message in error, please contact the sender immediately and delete this
message and any attachments

On Apr 22, 2013, at 3:23 PM, Courtney Rauch <Courtney.Rauch@bis.doc.gov> wrote:

Erdal Kuyumcu,

In reference to your export question; please use this link to the Department of Commerce website to see "Lists of Parties of Concern". Through this link you can look at the Denied Persons List, BIS Entity List and others. I hope this will help you with your question. Please let us know if you need any more assistance.

http://beta-www.bis.doc.gov/index.php/policy-guidance/lists-of-parties-of-concern

Corey Rauch, Special Agent
U.S. Department of Commerce
Office of Export Enforcement
202-482-3329
courtney.rauch@bis.doc.gov

----------------------------------------------------------------------------------------

Information:
Violation Type:......Export Control Violation
Name:...............ERDAL KUYUMCU
Email:..............info@unitedspecialsteel.com
Phone:..............3478244977
Comments:...........Hello
   I have recently opened a company and doing business with Germany and Turkey. I am importing and exporting from those Nickel Cobalt alloys Stainless Steel ,Titanium  and Thermal Spray powders. Some exports inquiries are mostly used in Aerospace and Defense Industries.
   I would like to get a red flag list regarding this two countries.
   Is this possible?
   Thank you very much in forward.
   Please reply

DEFENDANT'S EXHIBIT 21

From: **Courtney Rauch** Courtney.Rauch@bis.doc.gov
Subject: RE: Export Information
Date: April 22, 2013 at 4:16 PM
To: Erdal Kuyumcu info@unitedspecialsteel.com

Erdal,

I think the best route for you to take is to call Exporter Services at (202)482-4811. They will be able to better answer your questions about specific companies and countries. You will also want to talk to them about what you are specifically planning to export to verify if there is any controls on it. Please give them a call at your convenience and let us know if you have any further questions.

Corey Rauch, Special Agent
U.S. Department of Commerce
Office of Export Enforcement
courtney.rauch@bis.doc.gov


-----Original Message-----
From: Erdal Kuyumcu [mailto:info@unitedspecialsteel.com]
Sent: Monday, April 22, 2013 3:36 PM
To: Courtney Rauch
Subject: Re: Export Information

Corey
Thank you very much for taking the time to answer my email
I am trying to find actually two companies. And I was not able to locate them on the list.

1- Era Metalurji
Located in Istanbul Turkey. The owner is old friend of mine. And we are trying to build a business relationship with him. My plan is to do export. ( with his Inquires he is sending to me. And they are hired me as an consultant also.)

2- EZM  http://www.ezm-mark.de/index.php?id=2
located in Germany. I am planning to import and have a distribution agreement with them to export medical grade titanium and stainless steel.

After a big failure at 2009 I am trying to come back and and I am working from my home now. And I don't want to make mistakes.
If you could answer my question reagrding this companies I would really appreciate it.
Thank you very much in forward.
Sincerely

Best regards

Che. Erdal Kuyumcu
Operation Director
United Special Steel
5218 39th Ave #3D
Woodside, NY 11377


DEFENDANT'S EXHIBIT
21A